UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PRISCILLA DAY,<br><br>   Plaintiff,<br><br>v.<br><br>ALLISON TRANSMISSION, INC.<br><br>   Defendant. | No. 1:09-cv-250-LJM-TAB |

# J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on her complaint.

The costs of this action are assessed against the plaintiff.

Date: 11/04/2010

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Cara J. Ottenweller, ICE MILLER LLP
cara.ottenweller@icemiller.com

Michael L. Tooley, ICE MILLER LLP
tooley@icemiller.com

Priscilla Day
4200 Dee Ann Dr.
Kokomo, IN 46902